# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Anwar M. Abdi,

    Plaintiff,

v.

Richard Grossheim, *U.S. SS Spec. Agent,*
Janet Napolitano,
*DHS-US Dept of Homeland Security,*

    Defendants.

Civil No. 12-CV-2022 (DSD/TNL)

**ORDER**

---

Anwar M. Abdi, 610 15th Street East, #22, Minneapolis, MN 55404-1532.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 31, 2012 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED;** and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: September 21, 2012

s/David S. Doty
David S. Doty, Judge
United States District Court